FLAVELL, appellant, and FLAVELL, respondent.

The bill in this cause was filed for a divorce on the ground of adultery. The Chancellor granted the divorce. (5 *C. E. Green* 211.) The defendant appealed.

*Mr. G. W. Cummings,* for appellant.

*Mr. J. W. Taylor,* for respondent.

No opinion was read. The decree was affirmed.

For affirmance—BEASLEY, C. J., BEDLE, DEPUE, SCUDDER, VAN SYCKEL, WALES. 6.

For reversal—CLEMENT, DALRIMPLE, LATHROP, OGDEN, OLDEN, WOODHULL. 6.

## MARCH TERM, 1872.

ATWATER and wife, appellants, and UNDERHILL, respondent.

1. An agreement between a creditor and his debtor that the former shall take the business of the latter and be responsible for and pay all the business debts, operates as a release of a debt of such creditor which is shown to be a debt connected with such business.

2. The release of a debtor from all liability for a debt, is also a release and discharge of the mortgage of a third person given as collateral for such debt.

3. A mortgage given for a specific purpose must be applied exclusively to that purpose, and any other disposition of it will be a fraudulent misappropriation, against which the mortgagor will be entitled to relief.

4. A husband has no power, by virtue of the marital relation, to dispose of his wife's separate property. He may become her agent in the management and disposal of it, but the validity of his acts and the extent of his powers will be measured, as in the case of other agents, by the scope of the authority his principal has conferred.

22b 599
51 117
22b 599
55 737
22b 599
56 640
22b 599
65L 297